**Ron KRAMER, Sal Abraham, and Thermolife International LLC, Plaintiffs–Appellees,**

v.

**CREATIVE COMPOUNDS, LLC, Defendant–Appellant.**

**Creative Compounds, LLC, Plaintiff–Appellant,**

v.

**Ron Kramer and Sal Abraham, Defendants–Appellees.**

No. 2014–1284.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2014.

Nelson D. Nolte, of Manchester, MO, argued for Creative Compounds, LLC.

Geoffrey S. Kercsmar, Kercsmar & Feltus, PLLC, of Scottsdale, AZ, argued for Ron Kramer, et al. With him on the brief was Gregory B. Collins.

MOORE, REYNA, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

AFFIRMED. *See* **Fed. Cir. R. 36.**